IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NATE LINDELL,

             Plaintiff,

v.

PETER MORENO, JENNIFER FANDEL,
MICHAEL GLASS, NATHAN KENNEDY,
and ANTHONY CHURCHILL,

             Defendants.

ORDER

23-cv-811-jdp

---

This case is set for a Zoom hearing on December 18 regarding plaintiff Nate Lindell's most recent motions to extend his deadline to submit a summary judgment response.

The court has received a series of documents from non-party Brianna Burton, including two motions to intervene under Federal Rule of Civil Procedure 24. *See* Dkt. 89 and Dkt. 93.

In her first motion to intervene, Burton states that both she and Lindell are members of the Incarcerated Workers Organizing Committee and that she has an interest in the case given her shared membership with that organization and its role in defending free expression. But in her second motion, Burton explains that her relationship with Lindell goes beyond membership in an organization; she also calls herself Lindell's "paralegal" who helps him organizes legal materials and drafts and edits filings for him. She states that she does not seek to litigate the merits of the case but rather that she seeks intervention so she can observe and record the Zoom hearing.

I will deny Burton's motions to intervene because she concedes that she is not attempting to join her own claim in this case. But because the Zoom hearing is open to the public, I will grant her request for access to the hearing. I caution Burton that she will be joining

the hearing only as an observer; she must mute herself and disable her own video. The clerk of court will ensure that Burton follows these directions before the hearing begins.

Burton's request to record the hearing is denied; this court forbids parties and non-parties alike from recording its proceedings. The court will maintain an audio recording of the hearing.

I also note that at least some of Burton's filings were submitted to the court's help desk email address, as was one of Lindell's motions for extension of time. This court does not allow the filing of submissions by email, so both Burton and Lindell should refrain from doing so.

Because Lindell states that there have been significant delays in him receiving mail, I will direct counsel for the corrections defendants to send prison officials an electronic copy of this order for immediate distribution to Lindell.

ORDER

IT IS ORDERED that:

1. Non-party Brianna Burton's motions to intervene are DENIED.

2. The clerk of court is directed to contact Burton to provide her with a copy of this order and a link to the December 18, 2025 Zoom hearing.

3. Counsel for the corrections defendants are directed to send prison officials an electronic copy of this order for immediate distribution to plaintiff.

Entered December 16, 2025.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge